| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| | Keli N. Osaki (Cal. Bar No.: 179920) |
| 2 | Brandon Q. Tran (Cal. Bar No.: 223435) |
| | **BUCHALTER, NEMER, FIELDS & YOUNGER** |
| 3 | A Professional Corporation |
| | 18400 Von Karman Avenue, Suite 800 |
| 4 | Irvine, CA 92612-0514 |
| | Telephone: (949) 760-1121 |
| 5 | Facsimile: (949) 720-0182 |
| | E-mail: btran@buchalter.com |

\*\*E-filed 9/9/05\*\*

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | CASE NO. CV-03-2336 JF HRL |
| Plaintiff, | Hon. Jeremy Fogel |
| vs. | **[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT JORGE MENDOZA** |
| FRANK VICKNER, et al., | |
| Defendants. | Date: September 9, 2005 |
| | Time: 9:00 a.m. |
| | Courtroom: 3, 5th Floor |

IT APPEARING from the records in the above-entitled action that the default of Defendant JORGE MENDOZA ("Defendant") was entered on January 12, 2004 for failure to respond or to otherwise defend the Complaint for damages;

IT FURTHER APPEARING from the Motion for Default Judgment Against Defendant filed herein that Plaintiff DIRECTV, Inc. ("DIRECTV")'s claim for damages is for a sum that can by computation be made certain;

IT FURTHER APPEARING that there is no just reason for delay in entering final judgment in this matter as to Defendant and that final judgment shall be entered against said Defendant;

IT FURTHER APPEARING from the Declaration of counsel for DIRECTV dated July 15, 2005, that Defendant is not an infant or incompetent person;

BNFY 372094v1                                        1

**[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT JORGE MENDOZA**

1     IT FURTHER APPEARING from the Declaration of counsel for DIRECTV dated July 15, 2005 that Defendant is not in military service or otherwise exempted under the Servicemembers' Civil Relief Act;

4     IT FURTHER APPEARING that DIRECTV alleges, and Defendant has admitted through his default, that Defendant violated the Electronic Communications Privacy Act, 18 U.S.C. § 2510, *et seq.*;

7     IT FURTHER APPEARING that, although 18 U.S.C. § 2520 provides for statutory damages for violation of the Electronic Communications Privacy Act of whichever is the greater of $100 per day of violation or $10,000, and although DIRECTV has submitted that Defendant violated the statute on 1,088 days (the date of his purchase of the illegal devices through April 30, 2004, the date after which it appears the subject devices could not have been effective to modify DIRECTV Access Cards), DIRECTV only requested in its Complaint statutory damages of $10,000 per illegal device purchased and used by Defendant;

14     IT FURTHER APPEARING that DIRECTV, as the prevailing party in this action, is entitled to reasonable attorneys' fees and costs pursuant to 18 U.S.C. § 2520(b)(3) incurred in prosecuting this action against Defendant and DIRECTV has submitted evidence of the amount of those fees incurred;

18     NOW THEREFORE, on request of counsel for DIRECTV, Judgment shall be entered as follows:

20     1.     Pursuant to 18 U.S.C. § 2520, as against Defendant JORGE MENDOZA, and in favor of Plaintiff DIRECTV, Inc., the sum of $20,000 (two (2) devices purchased and used by Defendant x $10,000), plus post-judgment interest thereon at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment;

24     2.     An award of attorneys' fees in the amount of $2,081.43 and

25 ///
26 ///
27 ///
28 ///

BNFY 372094v1      2

BUCHALTER, NEMER,
FIELDS & YOUNGER
A PROFESSIONAL CORPORATION
IRVINE

**[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT JORGE MENDOZA**

1       3.    Costs pursuant to Fed. R. Civ. P. 54, subject to the filing of a Bill of Costs in
2   compliance with the Local Rules of this Court.

4   Dated:  9/9/05            /s/electronic signature authorized
                                           Honorable Jeremy Fogel
                                           United States District Court
                                           Northern District of California

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On July 15, 2005, I served the foregoing document described as: **[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT JORGE MENDOZA** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

> Jorge Mendoza
> 23 Saint Charles Place
> Salinas, CA 93905
> *Pro Se Defendant*

**[X]   BY OVERNIGHT DELIVERY**   I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 15, 2005, at Irvine, California.

    Tammy Martin                /s/Tammy Martin

                                      (Signature)